UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| SERAJUL HAQUE, | ) | Case No.: 15-MC-80032-LHK |
| Plaintiff, | ) ) | ORDER DENYING FILING OF PAPERS |
| v. | ) ) | |
| U.S. ATTORNEY | ) ) | |
| Defendant. | ) ) | |

On January 22, 2015, Plaintiff submitted an Employment Discrimination Complaint (attached to this Order as Exhibit 1) at the Intake Desk of the Clerk's Office, 280 South 1st Street, 2nd Floor, San Jose, California, 95113.

Plaintiff is subject to a pre-filing review order because he has been declared a vexatious litigant. *See Haque v. Toys R Us*, 04-MC-0231-MHP, Order filed January 24, 2005 (ECF No. 7).

After review of the Complaint, the Court DENIES the submission by Mr. Haque and orders his submission remain un-filed. Plaintiff is reminded not to submit or send any papers to this Court. Failure to comply with this Order may result in the initiation of contempt proceedings against the Plaintiff.

**IT IS SO ORDERED.**

Dated: January 27, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1